IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CARLOS CIFUENTES-BECERRA,,<br><br>　　　　Defendant. | CR. No. S-10-151 GEB CKD<br><br>[PROPOSED] ORDER GRANTING GOVERNMENT'S REQUEST TO FILE DOCUMENTS UNDER SEAL |

Having reviewed the government's motion to file the Pre-Plea Advisory Guideline Presentence Investigation Report ("P.S.R.") under seal, and good cause appearing therefrom, the court hereby grants the motion. The P.S.R. shall be filed under seal and disclosed to the assigned magistrate judge.

Dated: April 11, 2012

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　United States District Judge